UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Tyrelle Motray Henderson Jr., et al., #00367825

Amended Complaint

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

Docket No. [1:24-CV-01027-RSK]

v.

"County of Kent", "Michelle LaJoye-Young", "Brad Lyons", Lt. "Pavlovic", Srg. "Engstorm", Srg. "Goodson", Srg. "Shoop"

Ray Kent
U.S. Magistrate
Judge

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☑  No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   U.S. District Court of Illinois Northern District.

   2. Is the action still pending?    Yes ☐  No ☑

      a. If your answer was no, state precisely how the action was resolved: Dismissed For Failure To Update My Address.

   3. Did you appeal the decision?   Yes ☐  No ☑
   4. Is the appeal still pending?   Yes ☐  No ☑

      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐  No ☑

      a. If so, explain: _____

- 2 -

(See Attached)

1. U.S. District Court of Illinois Northern District.
2. No-2a. Possibly Dismissed For Failure To Update Address.
3. No
4. No
5. No

1. U.S. District Court of Illinois Northern District.
2. No-2a. Possibly Dismissed For Failure To Update Address.
3. No
4. No
5. Yes-5a. Negligence And Deliberate Indifference.

1. U.S. District Court of Illinois Northern District
2. No-2a. Possibly Dismissed For Failure To Update Address.
3. No
4. No
5. No

1. U.S. District Court of Illinois Northern District.
2. No-2a. Possibly Dismissed For Failure To Update Address.
3. No
4. No
5. Yes-5a. Deprivation of Property And/or Hindering Or Opposing.

1. U.S. District Court of Kentucky Western District. 4. No
2. No-2a. Possibly Dismissed For Failure To Update Address. 5. No
3. No

-2-

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Tyrelle Motray Henderson Jr.**

Place of Present Confinement **Kent County Correctional Facility**

Address **703 Ball Avenue NE, Grand Rapids, MI, 49503**

Place of Confinement During Events Described in Complaint **Kent County Correctional Facility**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **"County of Kent"**
Position or Title **Municipal Goverment Entity**
Place of Employment **Kent County Administration Building**
Address **300 Monroe Avenue N.W., Grand Rapids, MI, 49503**
Official and/or personal capacity? **Official/Personal**

Name of Defendant #2 **"Michelle LaJoye-Young"**
Position or Title **Sheriff**
Place of Employment **Kent County Administration Building**
Address **300 Monroe Avenue N.W., Grand Rapids, MI, 49503**
Official and/or personal capacity? **Official/Personal**

Name of Defendant #3 **"Brad Lyons"**
Position or Title **Captain**
Place of Employment **Kent County Correctional Facility / K.C.S.O.**
Address **701 Ball Avenue NE., Grand Rapids, MI, 49503**
Official and/or personal capacity? **Official/Personal**

Name of Defendant #4 **"Pavlovic"**
Position or Title **Lieutenant**
Place of Employment **Kent County Correctional Facility**
Address **703 Ball Avenue N.E., Grand Rapids, MI, 49503**
Official and/or personal capacity? **Official/Personal**

Name of Defendant #5 **"Engstorm"**
Position or Title **Sergeant**
Place of Employment **Kent County Correctional Facility**
Address **703 Ball Avenue NE., Grand Rapids, MI, 49503**
Official and/or personal capacity? **Official/Personal**

(W.D. Mich. Form – Last Revised: September 2021)

(See Attached)

Defendant(s)

1. "Goodson"
2. Sergeant
3. Kent County Correctional Facility
4. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
5. Official/Personal

1. "Shoop"
2. Sergeant
3. Kent County Correctional Facility
4. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
5. Official/Personal

Plaintiff(s)

1. "Jeremy Wright" #00367008
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Ronald Armour" #00203815
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Courvoisier Simmons" #00284737
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Omarion Dixon" #00351694
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Abdirizak Abdiyow" #00357973
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

-3-    (See Back)

1. "Latrell Young" #00336795
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Saul Rodriguez" #00342761
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Timothy Jones" #00172314
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Larry Otole" #00346224
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

1. "Terry Warren" #00335307
2. Kent County Correctional Facility
3. 703 Ball Avenue N.E., Grand Rapids, MI, 49503
4. Kent County Correctional Facility

### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

**Claim #1** Between The Year Of 2024 To This Present Year "Michelle LaJoye-Young" Has Acted Under Color State Law Violating Inmate(s) Housed In The "Kent County" Correctional Facility, Right To "Article 1 § 17" Michigan Constitution of 1963 "Fair Treatment At Investigation," And "Fourteenth Amendment's" Due Process Clause. When "Michelle LaJoye-Young" Implimented The Policy Regarding Category (1) Rule Violations She Deprived Inmate(s) Of An Appeal Process, And Basic Pre-Trial Detainee Liberties. Such A Act Has Allowed For Her Subordinate(s) To Abuse This Process Due To The Fact This Policy Is The Proximate Cause For Their Actions Of Locking Inmate(s) Apart of This Class In Their Cell For Up To (3) Days With No Dayroom. Mental/Emotional Distress Has Been Inflicted On This Large Class Of Inmate(s). (Class Status Requested)

**Claim #2** Between The Year Of 2024 To This Present Year "Michelle LaJoye-Young" Has Acted Under Color Of State Law Violating Inmate(s) Housed In The "Kent County" Correctional Facility, Right To Article 1 § 17 of The Michigan Constitution of 1963 "Fair Treatment At Investigation," And "Fourteenth Amendment's" Due Process/Equal Protection Clause. "Kent County" Correctional Facility Category (2) And (3) Rule Violation Policies Deprives Inmate(s) Of The Right To Appeal The Findings Of The Violations Due To The Fact The Jail's Kite System Is Used To Initiate The Appeal Per Policy According To The Inmate Handbook. Administrative Staff Is Known For Acting Ignorant To These Kite Submissions, And Some Staff Members Are Known For Disregarding Said Kites Absent Any Response. Said Actions Has Caused Mental/Emotional Distress To Numerous Inmate(s), And Deprived Numerous Inmate(s) of Pre-Trial Detainee Liberties Such As Locking Inmate(s) In D.R.U. For (10) And (15) Days With Deputie(s) Who Do Not Allow Dayroom. (Class Status Requested)

- 4 -

(See Attached)

**Claim #3**  Between The Year Of 2024 To This Present Year "Michelle LaJoye-Young" Has Acted Under Color of Law Violating "Kent County" Correctional Facility Inmate(s) Fourteenth Amendment Rights. The Policy Allowing The Distribution Of Tablets To Be Determined At The Discretion Of Housing Unit Deputie(s) Has Allowed For The Majority Of Housing Unit Deputie(s) To Abuse That Discretion By Depriving Inmate(s) Of Purchased Tablet Time, And Access To The Legal Apps Which Is Hindering Numerous Inmate(s) Legal Actions. Said Acts Has Also Caused Infliction of Mental/Emotional Distress on This Class Being So Large All Inmate(s) Could Not Be Reasonably Counted. (Class Status Requested)

**Claim #4**  Between The Year Of 2024 To This Present Year Sergeant "Engstorm" And "Goodson" Has Acted Under Color Of Law Violating The "Fourteenth Amendment" Rights Of Inmate(s) Who Seeks Physical Access To The Law Library Copying Services, And Litigation Resources For Civil Actions And Causes outside The "County of Kent." Mentioned Deputy Sheriff's Has Been Denying Photo Copying Services And Physical Law Library Access To Inmate(s) Who Don't Represent Themselves In A Criminal Action In The "County of Kent", or Inmate(s) Who Represent Themselves In A Civil Action, Criminal Action In A Jurisdiction outside of "Kent County", And Who Has The Assistance of An Attorney. Said Acts Has Resulted From The Kent County Correctional Facility Policy Regarding Law Library Access, Photo Copying Services, And Custom of Discriminating Against Criminal Action's In Other Jurisdictions. Such Acts Has Hindered & Opposed Numerous Inmate(s) Criminal/Civil Actions, And Caused Mental/Emotional Distress. (Class Status Requested)

-4-    (See Back)

Claim #5    On Multiple Occasions Throughout The Year Of 2024 And January 4th, 2025 Sergeant "Shoop" And Other Administrative Kent County Deputie(s) Has Acted Under Color of State Law Violating The Maximum Security Inmate(s) "Article 1 § 17" Fair Treatment At Investigations" Michigan Constitution Of 1963, And Inmate(s) "Fourteenth Amendment" Right's To "Due Process And Equal Protection." Due To "Kent County" Correctional Facility Custom To Search & Seize Property From Inmate(s) Cell's Without Deputie(s) Bearing Recording Visual/Audio Body-Worn Cameras, Inmate(s) Have Suffered Deprivations Of Personal/Business Property, And Legal Property Hindering & Opposing Their Legal Actions Which Has Also Inflicted Mental/Emotional Distress To Numerous Inmate(s). (Class Status Requested)

Claim #6    Throughout The Year Of 2024 "Michelle LaJoye-Young", "Brad Lyons", And Lt. "Pavlovic" Has All Acted Under Color Of State Law Violating Inmate(s) "Article 1 § 17" of The Michigan Constitution Of 1963, And Fourteenth Amendment Right's To Due Process & Equal Protection of The Laws. Letter's Have Been Sent To "LaJoye-Young", And Grievances In Regards To Most Of These Claims Have Been Exhuasted To "Brad Lyons" And Lt. "Pavlovic" Without Them Acting On Said Claim Or Authorizing In Their Subordinate(s) Acts. Administrative Remedies Became Unavailable Due To Administrative Staff Not Provided Inmate(s) With Grievance Forms Also, Despite Myself And Numerous Other Inmate(s) Exhuasting And/or Attempting To Exhuast Available Administrative Remedies, "LaJoye-Young", "Brad Lyons," And "Pavlovic" Has Allowed Inmate(s) To Suffer The Injuries Mentioned In Said Claims. (Class Status Requested)

-4-    (See Attached)

Class #7 On January 4th, 2025 Sergeant "Shoop" Acted Under Color Of State Law Violating "Article 1 § 17" Of The Michigan Constition Of 1963, And The "Fourteenth Amendment". Sergeant "Shoop" Timed All Maximum Security Inmate(s) In There Cell(s) For Category (1) Violations After Inmate(s) Cell(s) Were Searched Without Body-Worn Cameras Or Evidence Preserved. The Maximum Time Is (3) Days For A Category (1) Violation, But All Inmate(s) Were Kept In The Cell(s) Until January 9th, 2025. Inmate "Jeremy Wright" #00367008 Was Informed Between 7AM-8AM On January 9th, 2025 By Deputy "Iacaboni" That His Cell Having Drawings On The Wall Was The Reason All Maximum Security Inmate(s) Were Being Timed In. Due To Said Acts By Sergeant "Shoop", Maximum Security Inmate(s) Were Deprived Pre-Trial Detainee Liberties And Suffered The Infliction Of Mental/Emotional Distress. Administrative Remedies Have Not Been Adequately Exhuasted Due To Grievance Forms Not Being Available, But Multiple Inmate(s) Having Attempted To And Had Loved Ones Contact Administrative Staff For Grievances And About Claims Thereof. (Class Status Requested)

-4-

## IV. Relief

State briefly and precisely what you want the court to do for you.

We Are Requesting Reasonable Compensatory, Consequential, Nominal, And Punitive Relief. InJunctive Relief For Appeal Process For Category (1) Violations, And Mandate For Administrative Staff To Be Present In The Cells With Body-Worn Camera's Recording Cell Searches. We Are Also Requesting A Policy Be Enforced Compelling The Distribution Of Tablet's At 8 AM, And Collect Them At 10 PM Daily As InJunctive Relief. Make Photo Copying Service Available For All Inmate(s), And Law Library Available To All Inmate(s) Who Represent Themselves Despite The Jurisdiction For Physical Use. Jury Trial Demanded!

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

- [x] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

- [ ] I request that this case be assigned to a district judge.

1/11/25
Date

*Tyrelle Henderson Jr*
Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -    (W.D. Mich. Form – Last Revised: September 2021)

(See Attached)

| Date | Signature of Plaintiff(s) | |
|---|---|---|
| 1/11/25 | X _[signature]_ | #00367008 |
| 1/11/25 | X _[signature]_ | #00203815 |
| 1/11/25 | X C. _[signature]_ | #00284737 |
| 1/11/25 | X _[signature]_ | #0035694 |
| 1/11/25 | X _[signature]_ | #00357973 |
| 1/11/25 | X _[signature]_ | #00336795 |
| 1/11/25 | X _[signature]_ | #00342761 |
| 1/11/25 | X _[signature]_ | #0017231 |
| 1/11/25 | X _[signature]_ | #00346224 |
| 1/11/25 | X _[signature]_ | #00335307 |

-5-