UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

TIMOTHY JONES,

        Plaintiff,

v.

KENT, COUNTY OF et al.,

        Defendants.

_____ /

Case No. 1:25-cv-491

Honorable Ray Kent

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 6, 2025                      /s/ Ray Kent
                                                              Ray Kent
                                                              United States Magistrate Judge